ANDRÉ BIROTTE JR.                                    JS-6
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 10-8932 PA (FMOx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CONSENT JUDGMENT OF FORFEITURE |
| $5,181.00 IN U.S. CURRENCY AND ONE 2004 INFINITI I35, | ) Scheduling Conference: June 3, 2013 |
| Defendants. | ) Time: 10:30 a.m. |
| CESAR GONZALEZ AND JOANNA SERNA, | ) |
| Claimants. | ) |

1

1    Plaintiff and Claimants Cesar Gonzalez and Joanna Serna
2 ("Claimants") have made a stipulated request for the entry of
3 this Consent Judgment, resolving this action in its entirety.
4 The defendant currency and vehicle were seized from Claimants,
5 and they assert an interest in the defendant currency and
6 vehicle and have filed a claim in this case and have answered
7 the complaint.  No other claims or answers were filed, and the
8 time for filing claims and answers has expired.  No other person
9 is believed to have any claim to the defendant currency or
10 vehicle.
11   The Court, having considered the stipulation of the
12 parties, and good cause appearing therefor, **HEREBY ORDERS**
13 **ADJUDGES AND DECREES**:
14   1.  The government has given and published notice of this
15 action as required by law, including Rule G of the Supplemental
16 Rules for Admiralty or Maritime Claims and Asset Forfeiture
17 Actions, Federal Rules of Civil Procedure, and the Local Rules
18 of this Court.  Claimants have filed a claim and answer to
19 contest the forfeiture of the defendant currency and vehicle.
20 No other claims were filed, and the time for filing claims and
21 answers has expired. This Court has jurisdiction over the
22 parties to this judgment and the defendant currency and vehicle.
23 Any potential claimants to the defendant currency and vehicle
24 other than Claimants are deemed to have admitted the allegations
25 of the complaint with respect to the defendant currency and
26 vehicle.
27   2.  $5,181.00 of the defendant currency, without interest,
28 shall be returned to Claimants through their counsel.  The

United States Marshals Service shall return the defendant $5,181.00 not later than 45 days after (a) the court enters this Consent Judgment and (b) Claimants provide to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

    3.  The government shall have judgment against the interests of Claimants (and any potential claimants) as to the defendant One 2004 Infinti I35, which asset is hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein.  The government shall dispose of the forfeited asset according to law.

    4.  Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and vehicle and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    5.  The court finds that there was reasonable cause for the seizure of the defendant currency and vehicle and the institution of this action as to the defendant currency and vehicle.  This judgment constitutes a certificate of reasonable

cause pursuant to 28 U.S.C. § 2465 as to the defendant currency and vehicle.

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency and vehicle.

DATED: April 16, 2013

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section

4